UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NYASIA CASTILLO,<br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA<br>    Defendant. | Case No. 3:24-CV-30075-MGM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOWCOMES Plaintiff, Nyasia Castillo, through undersigned counsel, and hereby gives notice of the voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

In support of this notice, Plaintiff states as follows:

1. Plaintiff filed the complaint in this action on May 28, 2024.
2. Defendant has not filed an answer or a motion for summary judgment in this action.
3. Accordingly, Plaintiff is entitled to voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(i).

WHEREFORE, Plaintiff, Nyasia Casatillo, respectfully notifies this Honorable Court of the voluntary dismissal of this action without prejudice.

                Respectfully submitted,
                NYASIA CASTILLO,
                By her attorney,

                /s/ Jason R. Herrick
                Jason R. Herrick, Esquire
                BBO # 647446
                Law Office of Jason R. Herrick, P.C.
                10 School Street Westfield, MA 01085
                T: (413) 568-5200
Dated: August 2, 2024        F: (413) 568-5255

## CERTIFICATE OF SERVICE

I, Zachary M. Strasser, Esquire, hereby certify that a true copy of the foregoing document:

- **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

was filed through the ECF system and will be sent electronically to the registered participant as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

**Defendant / Counsel of Record**
Christopher L. Morgan, Esquire
BBO No. 666679
Assistant U.S. Attorney
United States Attorney's Office
300 State Street, Suite 230
Springfield, MA 01105
(413) 785-0269
christopher.morgan2@usdoj.gov

                                              _/s/ Zachary M. Strasser_
                                              Zachary M. Strasser, Esquire